PORATION, Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. The date for the inspection to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

In the Matter of the Estate of CARRIE AHRENS, Deceased. ETHEL AHRENS, as General Guardian of JEROME M. AHRENS, JR., an Infant; MORTIMER REGENSBURG et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [See *ante*, p. 977.]

SIALKOT IMPORTING CORP. v. NORMAN BERLIN et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [See *ante*, p. 933.]

EMANUEL N. BISSO v. MILDRED B. BISSO et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied and stay vacated. Present — Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ. [See *ante*, p. 978.]

MARGARET SNODGRASS v. CHARLES ENGELSHER, Doing Business under the Name of PARKCHESTER GENERAL HOSPITAL.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 970.]

In the Matter of the Accounting of KATHARINE D. GRUNER, as Administratrix with the Will Annexed of OTTO H. GRUNER, Deceased. UNITED STATES OF AMERICA et al., as Creditors; NEW YORK TRUST COMPANY, a Creditor.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See *ante*, p. 973.]

SOPHIE ROBINSON v. ATLANTIC & PACIFIC TEA Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [See *ante*, p. 977.]

AURORA KOBLACK v. HENRY D. CROTEAU.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See *ante*, p. 972.]

ANNE E. BATCHELOR v. CLARENCE D. BATCHELOR.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 973.]

WALTER D. C. JOHNSON v. A. B. CHOWN, as Chairman of TRUNK LINE CENTRAL PASSENGER ASSOCIATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 973.]

EDWARD GIBBONS, as Administrator of the Estate of WILLIAM GIBBONS, Deceased, v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 969.]

MARY DOUGLASS v. CITY OF NEW YORK.— Motion for reconsideration of the decision of this court made on April 9, 1943 [266 App. Div. 717], and for other relief denied. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

## (December 19, 1945.)

LOUIS J. LEFKOWITZ, as Committee of JULIUS MYER, an Incompetent, Respondent, v. PHILIP MYER, Appellant.— Order unanimously affirmed, with

$20 costs and disbursements, with leave to the defendant to answer within ten days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

CAPITOL HEALTH CENTER, INC., Appellant, v. TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

HERMAN DEUTSCH et al., Respondents, v. MARIE GINSBERG, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

ARTHUR LEVEY, Respondent, v. PRODUCERS RELEASING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ. [See 270 App. Div. 761.]

HERMAN ACKMAN et al., Copartners Doing Business under the Name of ACKMAN BROTHERS, Respondents, v. DEEMS TAYLOR, as President of American Society of Composers, Authors and Publishers, an Unincorporated Association, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ. [185 Misc. 807.] [See 270 App. Div. 753.]

In the Matter of the Construction of the Will of YETTA GREEN, Deceased. MOE GREEN, as Administrator of the Estate of LOUIS GREEN, Appellant; DOROTHY KIRSCHNER et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents against Moe Green as administrator, etc., appellant. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

MARY A. FLYNN, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously reversed upon questions of law, with costs to the appellant, and the verdict reinstated. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.

CHARLES URBAN et al., Doing Business under the Name of NEWARK TRANSFORMER COMPANY, Respondents, v. A. ALAN REICH, as Trustee of ROBINSON INDUCTION CORPORATION, a Bankrupt, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.

ELVIRA C. GAGLIANO, Appellant, v. BALTAZAR GAGLIANO et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL SOLOMON, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.; Wasservogel, J., dissents and votes to reverse and dismiss the information.

In the Matter of the Arbitration between MORRIS WHITE FASHIONS, INC., Respondent, and SUSQUEHANNA MILLS, INC., Appellant.— Judgment and order unanimously reversed and the motion in all respects denied. No opinion.